UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: _____

Case Title: _____vs._____

List all clients you represent in this appeal:

```
┌─────────────────────────────────────────────────────────────────────────┐
│                                                                         │
│                                                                         │
│                                                                         │
│                                                                         │
└─────────────────────────────────────────────────────────────────────────┘
```

☐ Appellant         ☐ Petitioner        ☐ Amicus Curiae      ☐ Criminal Justice Act
☐ Appellee          ☐ Respondent        ☐ Intervenor              (Appointed)

☐ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:
_____

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: _____  Signature: s/ *Sidney Powell*

Firm Name: _____

Business Address: _____

City/State/Zip: _____

Telephone Number (Area Code): _____

Email Address: _____

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---