UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **21-1786**

Case Title: **Timothy King, et al.** vs. **Gretchen Whitmer, et al.**

List all clients you represent in this appeal:

| |
|---|
| **GREGORY J. ROHL, BRANDON JOHNSON, HOWARD KLEINHENDLER, SIDNEY POWELL, JULIA HALLER, SCOTT HAGERSTROM** |

- ☑ Appellant
- ☐ Appellee
- ☐ Petitioner
- ☐ Respondent
- ☐ Amicus Curiae
- ☐ Intervenor
- ☐ Criminal Justice Act (Appointed)

☑ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Howard Kleinhendler**  Signature: s/ **Howard Kleinhendler**

Firm Name: **Howard Kleinhendler Esquire**

Business Address: **369 Lexington Avenue, 12th Floor**

City/State/Zip: **New York, New York 10017**

Telephone Number (Area Code): **(917) 793-1188**

Email Address: **howard@kleinhendler.com**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

**CERTIFICATE OF SERVICE**

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---