No. 21-1786

# United States Court of Appeals
## for the Sixth Circuit

———|———

**Timothy King, et al.**
*Plaintiffs*

and

**Gregory J. Rohl; Brandon Johnson; Howard Kleinhendler; Sidney Powell; Julia Haller; Scott Hagerstrom**
*Interested Parties - Appellants*

v.

**Gretchen Whitmer; Jocelyn Benson; City of Detroit, MI**
*Defendants-Appellees*

———|———

Appeal from the United States District Court
Eastern District of Michigan
No. 2:20-cv-13134
Honorable Linda V. Parker, District Judge, Presiding

**CORRECTED Motion for Leave to File Oversized Opening Brief of Appellants Powell, Howard Kleinhendler, Gregory Rohl, Julia Z. Haller, Brandon Johnson, and Scott Hagerstrom**

Howard Kleinhendler, Esq.
369 Lexington Avenue, 12th Floor
New York, NY 10017
Ph: 917-793-1188
E-Mail: howard@kleinhendler.com

Sidney Powell, Esq.
2911 Turtle Creek Blvd, Ste 300
Dallas, TX 75219
Ph: 214-707-1775
Email: sidney@federalappeals.com

*Counsel for Appellants*

## CORRECTED MOTION FOR LEAVE
## TO FILE OVERSIZED OPENING BRIEF

Appellants Sidney Powell, Howard Kleinhendler, Gregory Rohl, Julia Z. Haller, Brandon Johnson, and Scott Hagerstrom respectfully request leave to file the brief accompanying this motion, which contains a total of 17,920 words.

The proposed brief has fewer than 5000 more words than permitted as a matter of course, despite needing to address two District Court orders that total 35,171 words (137 pages) and aim, among other penalties, to have Appellants disbarred. RE 172; RE 179. The District Court record runs to 7185 pages. The issues presented by the underlying litigation and the sanctions orders are of significant public interest. They involve novel questions of law and an unprecedented set of sanctions. Several arguments depend upon extensive citations to the record, and the formatting requirements for such citations add significantly to the word count.

Appellants cannot fairly present the numerous issues they have for appeal within the default word limit. They therefore respectfully request the Court grant them leave to file the attached oversized brief.

Respectfully submitted:

1

Date: February 14, 2022		/s/ Sidney Powell_____
					Sidney Powell, Esq.
					2911 Turtle Creek Blvd, Ste 300
					Dallas, TX 75219
					Ph: 214-707-1775
					Email: sidney@federalappeals.com

					/s/ Howard Kleinhendler_____
					Howard Kleinhendler, Esq.
					369 Lexington Avenue, 12th Floor
					New York, NY 10017
					Ph: 917-793-1188
					E-Mail: howard@kleinhendler.com

					*Counsel for Appellants*

## CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 27(d)(2)(A), I certify that the attached Corrected Motion for Leave to File Oversized Opening Brief is proportionately spaced, has a typeface of at least 14 points, including headings and footnotes, and contains 175 words.

DATED this 14th day of February 2022.

        /s/ Sidney Powell
        Sidney Powell, Esq.
        2911 Turtle Creek Blvd, Ste 300
        Dallas, TX 75219
        Ph: 214-707-1775
        Email: sidney@federalappeals.com
        *Counsel for Appellants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he is a member of the bar of this Court in good standing, and that the foregoing Corrected Motion for Leave to File Oversized Opening Brief was delivered via electronic service on this date to:

| | |
|---|---|
| Heather S. Meingast<br>Erik A. Grill<br>Assistant Attorneys General<br>Office of the Attorney General<br>of Michigan<br>P.O. Box 30217<br>Lansing, MI 48909<br>*Counsel for Defendants* | David H. Fink<br>Nathan J. Fink<br>Fink Bressack<br>38500 Woodward Avenue<br>Suite 350<br>Bloomfield Hills, MI 48304<br><br>*Counsel for Intervenor Detroit* |

I declare under the penalties of perjury that the foregoing is true and correct, and that this certificate was executed in Dallas, Texas, this 14th day of February 2022.

/s/ Sidney Powell_____
Sidney Powell, Esq.
2911 Turtle Creek Blvd, Ste 300
Dallas, TX 75219
Ph: 214-707-1775
Email: sidney@federalappeals.com
*Counsel for Appellants*