UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **21-1786**

Case Title: **Timothy King** vs. **Gretchen Witmer, et al.**

List all clients you represent in this appeal:

**Judicial Watch, Inc.**

- ☐ Appellant
- ☐ Appellee
- ☐ Petitioner
- ☐ Respondent
- ☒ Amicus Curiae
- ☐ Intervenor
- ☐ Criminal Justice Act (Appointed)

☐ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Paul Orfanedes**   Signature: s/ **Paul Orfanedes**

Firm Name: **Judicial Watch, Inc.**

Business Address: **425 Third Street, SW, Suite 800**

City/State/Zip: **Washington, DC  20024**

Telephone Number (Area Code): **202 437-5626**

Email Address: **porfanedes@judicialwatch.org**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

### CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.