No. 21-1786

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | |
|---|---|
| TIMOTHY KING, et al., | ) |
| Plaintiffs, | ) |
| and | )   O R D E R |
| GREGORY J ROHL, et al., | ) |
| Interested Parties-Appellants, | ) |
| v. | ) |
| GRETCHEN WHITMER, et al., | ) |
| Defendants-Appellees. | ) |

**FILED**
Feb 22, 2022
DEBORAH S. HUNT, Clerk

Plaintiffs' counsel appeal as interested parties from the district court's order approving an award of attorney fees to be paid by plaintiffs' counsel as sanction for filing a frivolous suit alleging fraud in the 2020 presidential election. They move for leave to file an oversized principal brief consisting of 17,920 words, citing the voluminous record and novel questions of fact and law to be presented on appeal.

The court seldom permits briefs in excess of the word limitations set by the Federal Rules of Appellate Procedure. 6 Cir. I.O.P. 28(a). Accordingly, the motion is PROVISIONALLY GRANTED, insofar as the filed oversized brief shall be referred to the ultimate merits panel upon the completion of all briefing with deference to that panel to make a final ruling.

ENTERED PURSUANT TO RULE 45(a)
RULES OF THE SIXTH CIRCUIT

Deborah S. Hunt, Clerk