No. 21-1786

In the
UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

TIMOTHY KING, et al,

    Plaintiffs,

and

GREGORY J. ROHL; BRANDON JOHNSON; HOWARD KLEINHENDLER; SIDNEY POWELL; JULIA HALLER; SCOTT HAGERSTROM,

    Interested Parties-Appellants,

v.

GRETCHEN WHITMER; JOCELYN BENSON; CITY OF DETROIT, MI,

    Defendants-Appellees.

## DEFENDANTS-APPELLEES WHITMER AND BENSON MOTION FOR EXCESS WORD COUNT

NOW COMES Defendants-Appellees Michigan Governor Gretchen Whitmer and Michigan Secretary of State Jocelyn Benson, by their attorneys, and request this Court grant their motion for excess words. FRAP 32(a)(7) states that a brief shall not exceed 13,000 words.

Due to the complex issues raised, Defendants-Appellees request this Court grant her request for 726 words in excess of the word limit of 13,000.

Respectfully submitted,

*s/Heather S. Meingast*
Heather S. Meingast (P55439)
Erik A. Grill (P64713)
Assistant Attorneys General
Counsel of Record
Attorney for Defendants-Appellants
PO Box 30736
Lansing, Michigan 48909
517.335.7659

Dated: June 24, 2022