Case No. 21-1786

United States Court of Appeals
for the Sixth Circuit

TIMOTHY KING, ET AL.

    *Plaintiffs*,

and

GREGORY J. ROHL, BRANDON JOHNSON, HOWARD KLEINHENDLER, SIDNEY POWELL, JULIA HALLER, SCOTT HAGERSTROM

    *Interested Parties – Appellants*,

v.

GRETCHEN WHITMER, JOCELYN BENSON, CITY OF DETROIT, MI

    *Defendants – Appellees*,

**On Appeal from the United States District Court
for the Eastern District of Michigan
Case No. 2:20-cv-13134**

**Appellee City Of Detroit's Motion for Leave to File Oversized Brief**

**FINK BRESSACK**
David H. Fink (MI – P28235)
Nathan J. Fink (MI – P75185)
*Counsel for Appellee City of Detroit*
38500 Woodward Ave., Suite 350
Bloomfield Hills, MI 48304
Telephone: (248) 971-2500
dfink@finkbressack.com
nfink@finkbressack.com

1

Defendant-Appellee City of Detroit ("the City") respectfully requests leave to file an oversized Appellee's Brief, which contains 15,452 words.

1. On February 14, 2022, Appellants Gregory J. Rohl, Brandon Johnson, Howard Kleinhendler, Sidney Powell, Julia Haller and Scott Hagerstrom ("Appellants") filed their Corrected Brief on Appeal (Case No. 21-1786, Dkt. 27), along with a Corrected Motion for Leave to File Oversized Opening Brief. (Case No. 21-1786, Dkt. 25).

2. Appellants' Brief contains 17,920 words, exceeding the word limit by 4,920 words. Fed. R. App. P. 32(a)(7).

3. On February 22, 2022, this Court entered an Order provisionally granting Appellants' Corrected Motion for Leave to File Oversized Opening Brief. (Case No. 21-1786, Dkt. 37-2).

4. The City's Brief contains 15,452 words, 2,468 fewer than Appellants' Brief.

5. In order to fully respond to the issues raised by Appellants in their Brief, the City respectfully requests leave to file a brief in excess of the 13,000 word limit.

WHEREFORE, Defendant-Appellee City of Detroit respectfully requests leave to file an oversized Appellee's Brief.

                                          Respectfully submitted,

June 24, 2022                       **FINK BRESSACK**

                                          By:   <u>/s/ David H. Fink</u>
                                          David H. Fink (P28235)
                                          Nathan J. Fink (P75185)
                                          *Counsel for City of Detroit*
                                          38500 Woodward Ave., Ste. 350
                                          Bloomfield Hills, MI 48304
                                          Tel: (248) 971-2500
                                          dfink@finkbressack.com
                                          nfink@finkbressack.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 24, 2022, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification of such filing to all attorneys of record registered for electronic filing.

                                                 **FINK BRESSACK**

                                                 By:   */s/* Nathan J. Fink
                                                 Nathan J. Fink (P75185)
                                                 38500 Woodward Ave., Ste. 350
                                                 Bloomfield Hills, MI 48304
                                                 Tel.: (248) 971-2500
                                                 nfink@finkbressack.com