No. 21-1786

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Jun 30, 2022
DEBORAH S. HUNT, Clerk

TIMOTHY KING, et al.,

    Plaintiffs,

and

GREGORY J ROHL, et al.,

    Interested Parties-Appellants,

v.

GRETCHEN WHITMER, et al.,

    Defendants-Appellees.

O R D E R

    Plaintiffs' counsel appeal as interested parties from the district court's order approving an award of attorney fees to be paid by plaintiffs' counsel as sanction for filing a frivolous suit alleging fraud in the 2020 presidential election.  The clerk provisionally granted the filing of an oversized appellant brief consisting of 17,920 words.  Defendants now move for leave to file oversized appellee briefs consisting of 15,452 words by the City of Detroit, Michigan and 13,726 words by Governor Whitmer and Secretary of State Benson.

    The court seldom permits briefs in excess of the word limitations set by the Federal Rules of Appellate Procedure.  6 Cir. I.O.P. 28(a).  Accordingly, defendants' motions are PROVISIONALLY GRANTED, insofar as the filed oversized appellee briefs shall be referred to

the ultimate merits panel upon the completion of all briefing with deference to that panel to make a final ruling.

          ENTERED PURSUANT TO RULE 45(a)
          RULES OF THE SIXTH CIRCUIT

          Deborah S. Hunt, Clerk