No. 21-1786

# United States Court of Appeals
## for the Sixth Circuit
———|———

**Timothy King, et al.**,

*Plaintiffs,*

and

**Gregory J. Rohl. Brandon Johnson, Howard Kleinhendler, Sidney Powell, Julia Z. Haller, Scott Hagerstrom,**

*Interested Parties – Appellants,*

v.

**Gretchen Whitmer, Jocelyn Benson**,
**City of Detroit, MI**

*Defendants-Appellees.*

———|———

Appeal from the United States District Court
Eastern District of Michigan
No. 2:20-cv-13134
Honorable Linda V. Parker, District Judge, Presiding

**Appellants Sidney Powell, Howard Kleinhendler, Gregory Rohl, Julia Z. Haller, Brandon Johnson, and Scott Hagerstrom's Motion To Extend Time to File Their Reply Brief**

Sidney Powell, Esq.
Sidney Powell PC
2911 Turtle Creek Blvd., Ste 300
Dallas, TX 75219
Ph: 214-707-1775
Sidney@federalappeals.com
*Counsel for Appellants*

Interested Parties – Appellants Sidney Powell, Howard Kleinhendler, Gregory Rohl, Julia Z. Haller, Brandon Johnson, and Scott Hagerstrom request an extension of the deadline to file their reply brief such that the due date shall be extended 28-days from the current due date of July 15, 2022 until August 12, 2022.

1. On December 28, 2021, this Court set a briefing schedule in the above matter requiring Appellants' Brief due by February 7, 2022, and the Appellees' brief due on March 9, 2022. [Dkt 18].

2. On February 7, 2022, Appellants timely filed their Opening Brief. [Dkt 22].

3. On February 14, 2022, Appellants filed a Corrected Opening Brief. [Dkt 27].

4. On February 23, 2022, the City of Detroit filed a request for an extension to file its Appellee Brief. [Dkt 38]. The request was granted on February 24, 2022. [Dkt 40].

5. The City of Detroit filed three subsequent requests for extensions of time to file its Appellee Brief, [Dkt 42, 44, 46]. Each request was granted by the Court. [Dkt 43, 45, 47].

6. On June 7, 2022, Appellees Benson and Whitmer filed a request to extend the time to file their Appellee Brief. [Dkt 48]. The extension was granted. [Dkt 49].

7. On June 24, 2022, 107 days past the original briefing date of March 9, 2022 [Dkt 18], the City of Detroit filed its Appellee's Brief together with a Motion for Leave to Exceed Page Limit. [Dkt 52, 53]. Detroit's brief contains 17,920 words, exceeding the word limit by 4,920 words. [Dkt 52, ¶ 2].

8. Also on June 24, 2022, 107 days past their original briefing date of March 9, 2022 [Dkt 18], Appellees Benson and Whitmer filed their Appellees' Brief together with a Motion for Leave to Exceed Page Limit. [Dkt 50, 51]. Their brief contains 13,726 words, exceeding the permitted word limit by 726 words. [Dkt 51 at pg 2].

9. On June 30, 2022, this Court provisionally granted Appellees' motions for leave to file briefs in excess of word limitations set by the Federal Rules of Appellate Procedure. [Dkt 54]. The district court's opinion and order which are the subject of the appeal exceed 35,000 words or 137 pages. [RE 172; RE 179]. Appellants' opening brief also exceeded

the word limit, and Appellants' motion to exceed was also provisionally granted. [Dkt 37].

10. Appellants now face the difficult task of having to reply to two separate briefs, with a total word count of 31,646 words. They must do so while coordinating the summer vacation schedules of multiple lawyer-parties and their lawyers.

11. Accordingly, Appellants request a 28-day extension of time to file their reply brief until August 12, 2022.

12. Appellants submit that this extension will not prejudice the parties or their arguments. Howard Kleinhendler consulted with Mr. Fink, counsel for Detroit, and with Ms. Meingast, counsel for the State officials, and they advised that they consent to the extension requested by Appellants.

For the above reasons, Appellants Sidney Powell, Howard Kleinhendler, Gregory Rohl, Julia Z. Haller, Brandon Johnson, and Scott Hagerstrom request an extension of the deadline to file their reply brief such that the due date shall be extended from the current due date of July 15, 2022 until August 12, 2022.

                                            Respectfully submitted,

                                            */s/ Sidney Powell*
                                            Sidney Powell PC
                                            2911 Turtle Creek Blvd., Ste 300
                                            Dallas, TX 75219
                                            Ph: 214-707-1775
                                            Email: sidney@federalappeals.com
                                            *Counsel for Appellants*

Dated:  July 7, 2022

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 7, 2022, I electronically filed the above document with the Clerk of the Court using the ECF System, which will provide electronic copies to counsel of record.

>*/s/ Sidney Powell*
>Sidney Powell PC
>2911 Turtle Creek Blvd., Ste 300
>Dallas, TX 75219
>Ph: 214-707-1775
>Email: sidney@federalappeals.com
>*Counsel for Appellants*