**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: July 08, 2022

Ms. Sidney Powell
Sidney Powell
2911 Turtle Creek Boulevard
Suite # 300
Dallas, TX 75219

Re: Case No. 21-1786, *Timothy King v. Gretchen Whitmer, et al*
Originating Case No. : 2:20-cv-13134

Dear Counsel,

The appellant's motion for an extension of time to file the reply brief has been GRANTED. The reply brief is now due **August 12, 2022**.

Sincerely yours,

s/C. Anthony Milton
Case Manager
Direct Dial No. 513-564-7026

cc:  Mr. David H. Fink
     Mr. Nathan Joshua Fink
     Mr. Erik A. Grill
     Mr. Howard Kleinhendler
     Ms. Heather S. Meingast
     Mr. T. Russell Nobile
     Mr. Paul Joseph Orfanedes