## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |
|---|---|---|

Filed: August 04, 2022

Ms. Sidney Powell
Sidney Powell
2911 Turtle Creek Boulevard
Suite # 300
Dallas, TX 75219

Re: Case No. 21-1786, *Timothy King v. Gretchen Whitmer, et al*
Originating Case No. : 2:20-cv-13134

Dear Counsel,

The appellant's motion for an extension of time to file the reply brief has been GRANTED. The reply brief is now due **September 12, 2022**.

Sincerely yours,

s/C. Anthony Milton
Case Manager
Direct Dial No. 513-564-7026

cc: Mr. David H. Fink
    Mr. Nathan Joshua Fink
    Mr. Erik A. Grill
    Mr. Howard Kleinhendler
    Ms. Heather S. Meingast
    Mr. T. Russell Nobile
    Mr. Paul Joseph Orfanedes