No. 21-1786

# United States Court of Appeals
## for the Sixth Circuit

———┃———

**Timothy King, et al.**
*Plaintiffs*

and

**Gregory J. Rohl; Brandon Johnson; Howard Kleinhendler; Sidney Powell; Julia Haller; Scott Hagerstrom**
*Interested Parties - Appellants*

v.

**Gretchen Whitmer; Jocelyn Benson; City of Detroit, MI**
*Defendants-Appellees*

———┃———

Appeal from the United States District Court
Eastern District of Michigan
No. 2:20-cv-13134
Honorable Linda V. Parker, District Judge, Presiding

**Motion for Leave To File Oversized Reply Brief of Appellants Sidney Powell, Howard Kleinhendler, Gregory Rohl, Julia Z. Haller, Brandon Johnson, and Scott Hagerstrom**

| | |
|---|---|
| Howard Kleinhendler, Esq. | Sidney Powell, Esq. |
| 369 Lexington Avenue, 12th Floor | 2911 Turtle Creek Blvd, Ste 300 |
| New York, NY 10017 | Dallas, TX 75219 |
| Ph: 917-793-1188 | Ph: 214-707-1775 |
| E-Mail: howard@kleinhendler.com | Email: sidney@federalappeals.com |

*Counsel for Appellants*

## MOTION FOR LEAVE TO FILE OVERSIZED REPLY BRIEF

Appellants Sidney Powell, Howard Kleinhendler, Gregory Rohl, Julia Z. Haller, Brandon Johnson, and Scott Hagerstrom respectfully move for leave to file the reply brief accompanying this motion, which contains a total of 9,243 words.

Appellants received provisional leave to file an oversized opening brief. Order of February 22, 2022, RE 37. Appellees both received provisional leave to file oversized answering briefs, totaling 165 pages and 29,178 words. Order of June 30, 2022, RE 54. The District Court record is 7,185 pages long. It is respectfully submitted that Appellants' proposed reply brief, which exceeds the ordinary word limit by fewer than 2,750 words, Fed. R. App. P. 32(a)(7)(B)(ii), is of a reasonable and proportionate length necessary to respond to Appellees' answering briefs.

Respectfully submitted this 12th day of September 2022.

/s/ Sidney Powell_____
Sidney Powell, Esq.
2911 Turtle Creek Blvd, Ste 300
Dallas, TX 75219
Ph: 214-707-1775
Email: sidney@federalappeals.com

/s/ Howard Kleinhendler_____

>Howard Kleinhendler, Esq.
>369 Lexington Avenue, 12th Floor
>New York, NY 10017
>Ph: 917-793-1188
>E-Mail: howard@kleinhendler.com
>
>*Counsel for Appellants*

## CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 27(d)(2)(A), I certify that the attached Motion for Leave To File Oversized Reply Brief is proportionately spaced, has a typeface of at least 14 points, including headings and footnotes, and contains 137 words.

DATED this 12th day of September 2022.

/s/ Sidney Powell_____
Sidney Powell, Esq.
2911 Turtle Creek Blvd, Ste 300
Dallas, TX 75219
Ph: 214-707-1775
Email: sidney@federalappeals.com
*Counsel for Appellants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is a member of the bar of this Court in good standing and that the foregoing Motion for Leave To File Oversized Reply Brief was delivered via electronic service on this date to:

Heather S. Meingast  
Erik A. Grill  
Assistant Attorneys General  
Office of the Attorney General  
of Michigan  
P.O. Box 30217  
Lansing, MI 48909  
*Counsel for Defendants*

David H. Fink  
Nathan J. Fink  
Fink Bressack  
38500 Woodward Avenue  
Suite 350  
Bloomfield Hills, MI 48304  

*Counsel for Intervenor Detroit*

I declare under the penalties of perjury that the foregoing is true and correct, and that this certificate was executed in Dallas, Texas, this 12th day of September 2022.

/s/ Sidney Powell_____  
Sidney Powell, Esq.  
2911 Turtle Creek Blvd, Ste 300  
Dallas, TX 75219  
Ph: 214-707-1775  
Email: sidney@federalappeals.com  
*Counsel for Appellants*