Case No. 21-1786

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

### ORDER

TIMOTHY KING, et al.

    Plaintiffs

and

GREGORY J ROHL; BRANDON JOHNSON; HOWARD KLEINHENDLER; SIDNEY POWELL; JULIA HALLER; SCOTT HAGERSTROM

    Interested Parties - Appellants

v.

GRETCHEN WHITMER; JOCELYN BENSON; CITY OF DETROIT, MI

    Defendants - Appellees

    Upon consideration of the parties' motions for leave to file oversized appellant, appellee and reply briefs, and the motion of Judicial Watch, Inc. for leave to file an amicus curiae brief,

    It is **ORDERED** that the motions are **GRANTED**.

                              **ENTERED BY ORDER OF THE COURT**
                              Deborah S. Hunt, Clerk

Issued: October 04, 2022