Sidney Powell PC
2911 Turtle Creek Blvd
STE 300
Dallas, TX 75219
sidney@federalappeals.com
214.707.1775

December 2, 2022

Hon. Deborah S. Hunt
Clerk of Court
United States Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 E. Fifth Street
Cincinnati, Ohio 45202-3988

RE:   *Timothy King, et al., v. Gretchen Whitmer, et al.,* No. 21-1786
FRAP 28(j) citation of supplemental authorities for Oral Argument on December 8, 2022, before the Hon. Danny J. Boggs, the Hon. Helene N. White, and the Hon. Raymond M. Kethledge.

Dear Ms. Hunt:

    Yesterday, the district court in Arizona ordered sanctions against lawyers under Rule 11 and Section 1927, citing *King v. Whitmer*. *Lake v. Hobbs*, No. CV-22-00677-PHX-JJT, 2022 WL 17351715 (D. Ariz. Dec. 01, 2022).

    Respectfully,

/s/ *Sidney Powell*
Sidney Powell