No. 21-1786

# United States Court of Appeals
## for the Sixth Circuit
——— | ———

**Timothy King, et al.**
*Plaintiffs*

and

**Gregory J. Rohl; Brandon Johnson; Howard Kleinhendler; Sidney Powell; Julia Haller; Scott Hagerstrom**
*Interested Parties - Appellants*

v.

**Gretchen Whitmer; Jocelyn Benson; City of Detroit, MI**
*Defendants-Appellees*

——— | ———

Appeal from the United States District Court
Eastern District of Michigan
No. 2:20-cv-13134
Honorable Linda V. Parker, District Judge, Presiding

**Errata to CORRECTED Opening Brief of Appellants Sidney Powell, Howard Kleinhendler, Gregory Rohl, Julia Z. Haller, Brandon Johnson, and Scott Hagerstrom**

1

Appellants file this notice to correct two errors in their Corrected Opening Brief of Appellants (Doc. 27). Counsel for Appellants incorrectly attributed RE 6-30, Page ID #1828 and RE 49-4, Page ID #3143 to Merritt. *See,* Doc. 27, page 44 at fn. 54. However, this is a redacted declaration of a statistician, not Merritt.

Dated: December 6, 2022

Respectfully submitted,

/s/  Sidney Powell

Sidney Powell, Esq.
2911 Turtle Creek Blvd, Ste 300
Dallas, TX 75219
Ph: 214-707-1775
Email: sidney@federalappeals.com
*Counsel for Appellants*

## CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2022, a true and genuine copy of this Errata to the Appellee's Opening Brief was served electronically on all counsel of record.

Respectfully submitted,

/s/ Sidney Powell
Sidney Powell, Esq.
2911 Turtle Creek Blvd, Ste 300
Dallas, TX 75219
Ph: 214-707-1775
Email: sidney@federalappeals.com
*Counsel for Appellants*