SIDNEY POWELL P.C.
2911 Turtle Creek Blvd. Suite 300
Dallas, Texas 75219

February 15, 2023

Hon. Deborah S. Hunt
Clerk of Court
United States Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 E. Fifth Street
Cincinnati, Ohio 45202-3988

RE: FRAP 28(j) citation of supplemental authorities for *Timothy King, et. al., v. Gretchen Whitmer*, et. al., No. 21-1786, before the Hon. Raymond M. Kethledge, the Hon. Helene N. White, and the Hon. Danny J. Boggs.

Dear Ms. Hunt:

Multiple cases filed by Jill Stein in 2016 support Appellant's argument that sanctions should be reversed in this case.

In the 2016 presidential election, Dr. Stein obtained only 1% of the vote.

Stein filed with the Wisconsin Elections Commission ("WEC") for a hand recount of the votes cast and for access to the Dominion and ES&S source code on November 28, 2016. She alleged possible Russian hacking of the state voter roll and manipulation of the vote counts by voting machines. The WEC approved only a machine recount. Stein appealed. *See* Complaint in *Jill Stein v. Wisconsin Elections Comm'n*, Case. No. 16CV3060 (Dane Co. Cir. Court, Nov. 28, 2016) available at https://tinyurl.com/4c8uz34k.

The Clinton Campaign intervened in Stein  Id. at Clinton Motion to Intervene, available at https://tinyurl.com/mrku8cnb.

At an evidentiary hearing, national experts Harry Hursti and Alex Halderman testified in support of Stein. See Hearing Transcript, *Jill Stein v. Wisconsin Elections Comm'n*, Case No. 3:16-cv-00795-jdp (Dane Co. Cir. Court, Nov. 29, 2016) available at https://tinyurl.com/395b8wpd. King relied on affidavits from the same two experts here.

On December 2, 2016, Stein sued in federal court in Michigan. *Jill Stein v. Christopher Thomas et. al.*, Case No. 16-14233 (E.D. MI 2016). Notably, Judge Goldsmith rejected defenses of laches and abstention and initially awarded her a TRO. Available at https://tinyurl.com/343znezn.

On December 5, 2016, Stein filed in federal court in Pennsylvania. *See Stein v. Cortes et. al.*, No. 16-6287 (E.D. PA. 2019), available at https://tinyurl.com/5n9aw67u.  She obtained a settlement, which she also litigated in 2019.  See Id. at Dkt. 197, Memorandum and/or Opinion.

In all cases, Stein alleged possible vote-altering machine fraud and concern for nation-state actions.  Outcomes differed, but in no case were sanctions sought or issued against any lawyer.

Similarly, no non-profit such as Mr. Fink's "The 65 Project" was created to persecute any lawyers until 2020.

The "lawfare" mounted against attorneys who challenged the 2020 election is unprecedented, contrary to the Rule of Law, and should be rejected by this Court with a complete reversal of the district court's opinion.

Sincerely,

Sidney Powell

The body of this letter contains 340 words.

cc:  Mr. David Fink