**SIDNEY POWELL P.C.**
2911 Turtle Creek Blvd. Suite 300
Dallas, Texas 75219
*Federal Appeals in Complex Litigation*
Sidney@FederalAppeals.com

February 27, 2023

Hon. Deborah S. Hunt
Clerk of Court
United States Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 E. Fifth Street
Cincinnati, Ohio 45202-3988

    RE:  FRAP 28(j) citation of supplemental authorities for *Timothy King, et. al., v. Gretchen Whitmer*, et. al., No. 21-1786, before the Hon. Raymond M. Kethledge, the Hon. Helene N. White, and the Hon. Danny J. Boggs.

Dear Ms. Hunt:

    On March 1, 2022, the Texas Bar filed suit against me in Texas state court. *See Comm'n for Lawyer Discipline v. Sidney Powell*, Cause No. DC-22-02562 (Dallas County, 116th Judicial Dist.) The Bar's investigation began on December 1, 2020, when the first of multiple grievances were filed against me—all by politically motivated individuals who had no evidence or personal knowledge of any misconduct. The Bar alleged that I violated six ethical provisions of the Texas Disciplinary Rules of Professional Conduct in four lawsuits I filed on behalf of electors in Georgia, Arizona, Wisconsin, and Michigan following the 2020 presidential election. The Bar alleged that my suits were frivolous and that I was not honest with the courts.

    I write to advise the Court that after a year of discovery and litigation—including conducting every deposition the Bar sought, a production of 55,000+ pages of emails and documents on my behalf, along

1

with a 500+ page privilege log and hours of video—the court granted summary judgment and dismissed the case at large. The court found that the Texas Bar has no evidence that I violated a single ethical rule in my 2020 election fraud cases—including in the *King* litigation. That implicitly includes a finding of no evidence our case was frivolous.

The relevant filings for this matter and a copy of the court's order are available at the following link: https://tinyurl.com/tbhebn2k.

> Sincerely,
>
> */s/ Sidney Powell*
>
> Sidney Powell

The body of this letter contains 233 words.