**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |
|---|---|---|

Filed: July 07, 2023

Mr. David H. Fink
Mr. Nathan Joshua Fink
Mr. Erik A. Grill
Mr. Howard Kleinhendler
Ms. Heather S. Meingast
Ms. Sidney Powell

     Re:  Case No. 21-1786, *Timothy King, et al v. Gretchen Whitmer, et al*
          Originating Case No. : 2:20-cv-13134

Dear Counsel,

   This is to advise that the court has granted your motion for an extension of time in which to file a Petition for Rehearing.

   Your petition is to be received in the clerk's office no later than the close of business on **August 7, 2023**.

                                            Sincerely yours,

                                            s/Ryan E. Orme
                                            Case Manager
                                            Direct Dial No. 513-564-7079

cc:  Mr. T. Russell Nobile
     Mr. Paul Joseph Orfanedes