SIDNEY POWELL P.C.
2911 Turtle Creek Blvd. Suite 300
Dallas, Texas 75219

August 4, 2023

Hon. Deborah S. Hunt
Clerk of Court
United States Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 E. Fifth Street
Cincinnati, Ohio 45202-3988

RE:  FRAP 28(j) citation of supplemental authorities for *Timothy King, et. al., v. Gretchen Whitmer*, et. al., No. 21-1786.

Dear Ms. Hunt:

We write to provide the Court the recent decision of the Seventh Circuit affirming Chief Judge Pepper's denial of sanctions sought against counsel by Wisconsin Governor Evers for the election fraud challenge counsel filed in Wisconsin. The Seventh Circuit agreed that even if the district court had jurisdiction, sanctions should not have been imposed pursuant to the Court's inherent authority or under Section 1927. Specifically, the Circuit writes that "[t]he district court had jurisdiction, or at least would have had jurisdiction in theory in a sufficiently compelling case, to impose inherent-authority sanctions even after the mandate issued, but this is not a case for such sanctions." (Opinion at 8). Furthermore, "The district court made clear that it would not have imposed sanctions under 1927 given the context of the litigation, its quick resolution, and the legal principles at issue." (Scudder Concurrence at 10).

A copy of the opinion can be reviewed at the following link: https://tinyurl.com/24nmuech.

Sincerely,

Sidney Powell