Case No. 21-1786

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

TIMOTHY KING, et al.

    Plaintiffs

and

GREGORY J ROHL; BRANDON JOHNSON; HOWARD KLEINHENDLER; SIDNEY POWELL; JULIA HALLER; SCOTT HAGERSTROM

    Interested Parties - Appellants

v.

GRETCHEN WHITMER; JOCELYN BENSON; CITY OF DETROIT, MI

    Defendants - Appellees

BEFORE: BOGGS, KETHLEDGE, and WHITE, Circuit Judges.

Upon consideration of motion to stay mandate,

It is **ORDERED** that the mandate be stayed to allow appellants time to file a petition for a writ of certiorari, and thereafter until the Supreme Court disposes of the case, but shall promptly issue if the petition is not filed within ninety days from the date of final judgment by this court.

**ENTERED BY ORDER OF THE COURT**
Deborah S. Hunt, Clerk

Issued: August 11, 2023