Case No. 21-1786

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

### ORDER

TIMOTHY KING, et al.

        Plaintiffs

 and

GREGORY J ROHL; BRANDON JOHNSON; HOWARD KLEINHENDLER; SIDNEY POWELL; JULIA HALLER; SCOTT HAGERSTROM

        Interested Parties - Appellants

v.

GRETCHEN WHITMER; JOCELYN BENSON; CITY OF DETROIT, MI

        Defendants - Appellees


BEFORE:  BOGGS, Circuit Judge;  KETHLEDGE, Circuit Judge;  WHITE, Circuit Judge;


Upon consideration of the appellants' motion to recall the mandate issued February 21, 2024

It is **ORDERED** that the motion is **DENIED**.

**ENTERED BY ORDER OF THE COURT**
Kelly L. Stephens, Clerk

Issued: April 09, 2024